UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY LAMAR CARD,

Plaintiff,

v.

THERESA L. FRICKE,

Defendant.

No.  3:24-cv-05902-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Magistrate Judge David W. Christel. (Dkt. No. 4.)  The Court having considered the R&R and the remaining record de novo, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is ADOPTED;

(2)    Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is **DENIED** and the case is **DISMISSED** with prejudice; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 26th day of November, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1